# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>  Plaintiff, )<br>    vs. )<br>**MICHAEL G. ALDRICH,** )<br>  Defendant. ) | **8:10CR157**<br><br>**ORDER** |

     Defendant Michael D. Aldrich appeared before the court on November 2, 2012 on a Petition for Warrant or Summons for Offender Under Supervision [32]. The defendant was represented by Assistant Federal Public Defender Karen M. Shanahan, and the United States was represented by Assistant U.S. Attorney Christopher L. Ferretti on behalf of Michael P. Norris. Through his counsel, the defendant waived his right to a probable cause hearing on the Report pursuant to Fed. R. Crim. P. 32.1(a)(1). The government moved for detention. Through counsel, the defendant declined to present any evidence on the issue of detention and otherwise waived a detention hearing. Since it is the defendant's burden under 18 U.S.C. § 3143 to establish by clear and convincing evidence that he is neither a danger to the community nor a flight risk, the court finds the defendant has failed to carry his burden and that he should be detained pending a dispositional hearing before Chief Judge Smith Camp.

     I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Chief Judge Smith Camp.

     **IT IS ORDERED**:

     1.    A final dispositional hearing will be held before Chief Judge Smith Camp in Courtroom No. 2, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on **November 20, 2012 at 2:30 p.m.** Defendant must be present in person.

     2.    The defendant, Michael G. Aldrich, is committed to the custody of the Attorney General or his designated representative for confinement in a correctional facility;

     3.    The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel; and

     4.    Upon order of a United States court or upon request of an attorney for the government, the person in charge of the corrections facility shall deliver defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

     DATED this 2nd day of November, 2012.

     BY THE COURT:

     s/ F. A. Gossett
     United States Magistrate Judge